UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWN MARIE CLOUTIER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

                                      /

Case No. 17-13722

Honorable Nancy G. Edmunds

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JULY 31, 2018 REPORT AND RECOMMENDATION [19], GRANTING DEFENDANT'S MOTION [17], AND AFFIRMING THE COMMISSIONER'S DECISION

This matter came before the Court on the Magistrate Judge's July 31, 2018 report and recommendation. (Dkt. # 19). The Magistrate Judge recommended that the Court convert Defendant's unopposed motion to dismiss to a motion for summary judgment and grant Defendant's motion. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommendation.

Being fully advised in the premises, having read the pleadings, and for the reasons set forth above, the Court ACCEPTS and ADOPTS the Magistrate Judge's report and recommendation (Dkt. # 19), converts Defendant's unopposed motion to dismiss to a motion for summary judgment, GRANTS Defendant's motion (Dkt. # 17), and AFFIRMS the decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).

SO ORDERED.

                                              s/Nancy G. Edmunds
                                              Nancy G. Edmunds
                                              United States District Judge

Dated: August 24, 2018

     I hereby certify that a copy of the foregoing document was served upon counsel of record on August 24, 2018, by electronic and/or ordinary mail.

                                              s/Lisa Bartlett
                                              Case Manager